**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DEBORAH OUSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13CV898 SPM |
| | ) |
| RESCARE HOMECARE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for equitable tolling of the ninety-day limitations period under Title VII and the Age Discrimination in Employment Act ("ADEA"). Plaintiff states a sufficient case of excusable neglect such that this case should go forward beyond 28 U.S.C. § 1915(e) review and be briefed by the parties. As a result, the Court will order the Clerk to issue process on this action. The Court makes no decision at this time whether equitable tolling is proper.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for equitable tolling [Doc. 6] is **GRANTED** in part and **DENIED** in part, as stated above.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 30th day of May, 2013.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE